IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FRANK MARTINES LAWRENCE,**                                                                                    **PLAINTIFF**
**#07934-20**

v.                                    Case No. 4:21CV00026-LPR-JTK

**NATALIE COBB, et al.**                                                                                        **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition ("PFRD") submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed and the time to do so has expired. After a careful and *de novo* review of the PFRD and the record, the Court concludes that the PFRD should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.[1]

IT IS, THEREFORE, ORDERED THAT:

1. Defendants' Motion for Summary Judgment (Doc. No. 16) is GRANTED.

2. Judgment will be entered in favor of Defendants on all of Plaintiff's claims.

3. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

---

[1] Two caveats are worth noting. First, when (on page 10 of the PFRD) Judge Kearney says that "[b]ased on the evidence, [I] cannot agree" with Plaintiff's argument that Defendant Cobb was deliberately indifferent to Plaintiff's serious medical needs, the Court understands Judge Kearney to mean that there is no evidence from which a rational juror could find deliberate indifference. Second, while the Court agrees with the substance of the PFRD, the Court disagrees with the technical disposition of the case (*i.e.*, dismissal vs. entry of judgment).

IT IS SO ORDERED this 13th day of May 2022.

                                                          _____
                                                          LEE P. RUDOFSKY
                                                          UNITED STATES DISTRICT JUDGE