IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FRANK MARTINES LAWRENCE,**                                                                                   **PLAINTIFF**
**#07934-20**

v.                              Case No. 4:21CV00026-LPR-JTK

**NATALIE COBB, et al.**                                                                                         **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that judgment be entered in favor of Defendants on all of Plaintiff's claims. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of the Judgment or the accompanying Order would not be taken in good faith.

IT IS SO ADJUDGED this 13th day of May 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

1